IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| A.F. and K.F., Individually and on behalf of their minor child, R.F.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>PATRICIA HAMAMOTO, ET AL.,<br><br>        Defendants.<br>_____ | CIV. NO.  07-00278 JMS KSC<br><br>ORDER: (1) ADOPTING REPORT OF SPECIAL MASTER; AND (2) ADOPTING MAGISTRATE'S ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION OF THE REPORT OF SPECIAL MASTER RECOMMENDING THAT PLAINTIFFS' RULE 54(d) MOTION FOR DETERMINATION OF ATTORNEYS' FEES AND COSTS BE GRANTED IN PART AND DENIED IN PART |

<u>ORDER: (1) ADOPTING REPORT OF SPECIAL MASTER; AND
(2) ADOPTING MAGISTRATE'S ORDER DENYING DEFENDANTS'
MOTION FOR RECONSIDERATION OF THE REPORT OF SPECIAL
MASTER RECOMMENDING THAT PLAINTIFFS' RULE 54(d) MOTION
FOR DETERMINATION OF ATTORNEYS' FEES AND COSTS BE
GRANTED IN PART AND DENIED IN PART</u>

A Report of Special Master ("Report") having been filed and served on all parties on November 14, 2007 and the Order Denying Defendants' Motion for Reconsideration of the Report of Special Master Recommending That Plaintiffs' Rule 54(d) Motion for Determination of Attorneys' Fees and Costs Be Granted in Part and Denied in Part ("Order")  having been filed and served on all

parties on December 27, 2007, and no objections having been filed by any party to either the Report or Order to this court,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master and the Order Denying Defendants' Motion for Reconsideration of the Report of Special Master Recommending That Plaintiffs' Rule 54(d) Motion for Determination of Attorneys' Fees and Costs Be Granted in Part and Denied in Part are adopted as the opinions and Orders of this court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, January 16, 2008.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

 *A.F., etc., et al. vs. Hamamoto,* Civ. No. 07-00278 JMS/KSC; ORDER: (1) ADOPTING REPORT OF SPECIAL MASTER; AND (2) ADOPTING MAGISTRATE'S ORDER DENYING DEFENDANTS' MOTION FOR RECONSIDERATION OF THE REPORT OF SPECIAL MASTER RECOMMENDING THAT PLAINTIFFS' RULE 54(d) MOTION FOR DETERMINATION OF ATTORNEYS' FEES AND COSTS BE GRANTED IN PART AND DENIED IN PART